**Electronically Filed
Intermediate Court of Appeals
29800
26-APR-2011
08:27 AM**

NO. 29800


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GREGORY KANAHELE, SR., Individually and as Next
Friend of GREGORY KANAHELE, JR., a minor,
and TRISHALYNN KANAHELE, a minor,
Plaintiffs-Appellees/Cross-Appellants,
v.
JAMES HAN, Defendant-Appellant/Cross-Appellee,
and
DOE DEFENDANTS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-0597)


ORDER DENYING PLAINTIFFS-APPELLEES/
CROSS-APPELLANTS' MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)


Upon consideration of Plaintiff-Appellees/Cross-Appellants' April 18, 2011 Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on April 7, 2011 and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, April 26, 2011.

On the motion:

Richard Turbin
Rai Saint Chu
Janice D. Heidt
(Turbin Chu)

Presiding Judge

Associate Judge

Associate Judge

2